UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA L. ROBINSON,

        Plaintiff,                            Case No. 1:13-CV-576

v.                                             HON. ROBERT HOLMES BELL

EVERHOME MORTGAGE, et al.,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      On November 1, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 24) recommending that Defendant Bank of America's motion to dismiss (Dkt. No. 9) be granted.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

      **IT IS HEREBY ORDERED** that the Magistrate Judge's November 1, 2013, R&R (Dkt. No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendant Bank of America's motion to dismiss (Dkt. No. 9) is **GRANTED**.


Dated: December 5, 2013                            /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE